**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Yvonne Foshay,** | : |
| | : |
| | : **Civil Action No.: 3:10-cv-01192-AWT** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **Tiburon Financial, Inc.; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Yvonne Foshay ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: April 14, 2011**

**Respectfully submitted,**

**PLAINTIFF, Yvonne Foshay**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile: (888) 953-6237**
<u>**slemberg@lemberglaw.com**</u>

## **CERTIFICATE OF SERVICE**

**I hereby certify that on April 14, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**